

# JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-15-00176-CR

RUSSELL POPE, Appellant

V.

THE STATE OF TEXAS, Appellee

Appeal from the County Criminal Court at Law Number 3 of Harris County. (Tr. Ct. No. 1967710).

The Court today considered a motion to dismiss the appeal filed by the appellant, Russell Pope. No decision has yet been handed down in the case. The Court **grants** the motion. Accordingly, the Court **dismisses** the appeal.

The Court **orders** that this decision be certified below for observance.

Judgment rendered September 24, 2015.

Per curiam opinion delivered by panel consisting of Chief Justice Radack and Justices Bland and Huddle.